IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ROBERT "JAY" HOWE, JR.,<br><br>Defendant. | CR 24-141-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for Friday, December 12, 2025 at 9:30 a.m., is **VACATED** and **RESET** to commence on **Thursday, December 11, 2025 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

**IT IS FURTHER ORDERED** that all deadlines outlined in the Court's Order of August 28, 2025 (Doc. 89) shall remain in effect.

1

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 26th day of September, 2025.

_____
SUSAN P. WATTERS
United States District Judge